## IN THE UNITED STATES DISTRICT COURT
## WALKERERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**BRIAN LEE WALKER**                                                   **PLAINTIFF**
**#131979**

**v.**                          **No: 4:23-cv-00074-KGB-PSH**

**WISE, *et al.***                                                     **DEFENDANTS**

### PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Recommendation has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Brian Lee Walker filed a *pro se* complaint on January 30, 2023 (Doc. No. 1). On February 7, 2023, the Court entered an order directing Walker to submit the full $402.00 filing and administrative fees or file a fully completed IFP application within 30 days (Doc. No. 2). Walker was cautioned that failure to comply with the Court's order within that time would result in the recommended

dismissal of his case. On February 22, 2023, the Court's order sent to Walker was returned as undeliverable (Doc. No. 4). On February 23, 2023, the Court entered a text order notifying Walker that the mail could not be delivered to him because he was no longer at the address he provided (Doc. No. 5). Walker was directed to provide notice of his current mailing address no later than thirty days from the entry of the February 23 text order. He was warned that his failure to provide a current mailing address would cause the undersigned to recommend his complaint be dismissed. A printed version of the text order was sent to him at his last known address. The envelope containing the Court's February 23 order could not be delivered to Walker because he was no longer at the address he provided, and the envelope was returned to the Clerk of the Court and entered on the docket. *See* Doc. No. 7.

More than 30 days have passed, and Walker has not complied or otherwise responded to the February 7 or February 23 orders. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

It is therefore recommended that Walker's complaint (Doc. No. 1) be dismissed without prejudice.

DATED this 29th day of March, 2023.

_____
UNITED STATES MAGISTRATE JUDGE