IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRIAN LEE WALKER**                                                                                     **PLAINTIFF**

v.                                          **Case No. 4:23-cv-00074-KGB**

**WISE**, *et al.*                                                                                      **DEFENDANTS**

### ORDER

Before the Court are the Proposed Findings and Recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 8). Plaintiff Brian Lee Walker has not filed any objections, and the time to file objections has passed. After careful review, the Court adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice Mr. Walker's complaint for failure to prosecute (Dkt. No. 1). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

It is so ordered this 24th day of April, 2023.

Kristine G. Baker
United States District Judge